# Exhibit A

| | |
|---|---|
| **From:** | OIP.Consult.Referrals |
| **To:** | Jones, Priscilla A (OIP) |
| **Subject:** | FW: Isikoff, Michael (EMRUFOIA100620-4) |
| **Date:** | Thursday, October 8, 2020 12:32:43 PM |
| **Attachments:** | Isikoff, Michael (EMRUFOIA100620-4) MRU RESPONSE.pdf |
| | Isikoff, Michael (EMRUFOIA100620-4) COVER LETTER.pdf |

Initial Request

Received 10/8/20

**From:** MRUFOIA Requests <MRUFOIARequests@jmd.usdoj.gov>
**Sent:** Thursday, October 8, 2020 9:51 AM
**To:** NSDFOIA (NSD) <Ex_NSDFoia@jmd.usdoj.gov>; OIP.Consult.Referrals <OIP.Consult.Referrals@jmd.usdoj.gov>
**Subject:** Isikoff, Michael (EMRUFOIA100620-4)

The Mail Referral Unit has reviewed the FOIA request below and is sending it to your office for processing. The request contains information that is specific to your organization. If you have any questions, then please contact Joe Gerstell at (202) 616-1633 or joe.e.gerstell@usdoj.gov

**From:** Michael Isikoff <misikoff@verizonmedia.com>
**Sent:** Tuesday, October 6, 2020 4:23 PM
**To:** MRUFOIA Requests <MRUFOIARequests@jmd.usdoj.gov>
**Subject:** FOIA request for Office of Special Counsel and National Security Division

I would like to request under the Freedom of Information Act all documents-- including emails, memos, reports, notes and any other material-- collected by the Office of Special Counsel investigating Russian interference in the 2016 election and the Justice Department's National Security Division that relate in any way to the death of former Democratic National Committee staffer Seth Rich. I would note, by way of reference, that Rich's death is discussed on p. 48 of Volume One of the special counsel's report.

   This request should specifically include any and all material that discuss in any way the role of Russian actors, agents or affiliated organizations in promoting conspiracy theories about Seth Rich's death. IN particular, this would encompass any notes, memos, emails or any other written material discussing any briefings or information provided to both the Office of Special Counsel and the Justice Department's National Security Division by former assistant U.S. attorney in the District of Columbia Deborah Sines relating to the role of Russian agents in promoting such theories.

   I am a correspondent for Yahoo News based in Washington and any documents

provided under this request would be for general distribution in news stories.

   I am available to respond to or discuss any questions you have about the scope of my request at my email address – misikoff@verizonmedia.com – or by cell phone- 202-258-2535.

   Sincerely,

Michael Isikoff
Chief Investigative Correspondent
Yahoo News
misikoff@verizonmedia.co
c 202-258-2535