IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL ISIKOFF, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 20-cv-3479 (BAH) |

## JOINT STATUS REPORT

Defendant United States Department of Justice ("DOJ" or "Defendant"), and Plaintiff Michael Isikoff ("Plaintiff" and, together with DOJ, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Standing Order, entered on December 1, 2020. ECF No. 3.

1. On November 30, 2020, Plaintiff filed its complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("Complaint" or "Compl."). ECF No. 1.

2. Plaintiff's Complaint relates to an October 6, 2020 FOIA request seeking: "all documents – including emails, memos, reports, notes and any other material – collected by the Office of Special Counsel [("SCO")][1] investigating Russian interference in the 2016 election and the Justice Department's National Security Division [("NSD")] that relate in any way to the death of former Democratic National Committee staffer Seth Rich." ECF No. 7-1. The request also

---

[1] DOJ's Office of Information Policy ("OIP") processes FOIA requests for records from within SCO. Defendant uses "Special Counsel's Office," rather than "Office of Special Counsel," to refer to the Office established to conduct the investigation into Russian interference in the 2016 presidential election.

stated that, "[t]his request should specifically include any and all material that discuss in any way the role of Russian actors, agents or affiliated organizations in promoting conspiracy theories about Seth Rich's death. In particular, this would encompass any notes, memos, emails or any other written material discussing any briefings or information provided to both the Office of Special Counsel and the Justice Department's National Security Division by former assistant U.S. attorney in the District of Columbia Deborah Sines relating to the role of Russian agents in promoting such theories." *Id.*

3. On January 8, 2021, Defendant filed its Answer. ECF No. 7.

4. The Court's December 1, 2020 Standing Order states that the Parties shall jointly prepare and submit a report to the Court indicating whether the agency has made a final determination "whether to comply" with any FOIA request at issue, and include either (a) a schedule for the filing of dispositive motions or (b) a report containing an estimate provided by the defendant of when the agency expects a final determination to be made, a proposed schedule for production of responsive records, and a proposed schedule for the filing of dispositive motions.

5. The Parties met and conferred by email on January 21 and 22, 2021.

6. The Parties report as follows:

    a. With respect to the status of Plaintiff's FOIA request, Defendant reports the following:

        i. NSD's initial keyword searches have been completed. NSD is currently reviewing the results of these searches in order to determine whether any potentially responsive records exist. Once NSD is able to assess the volume of potentially responsive records, if any, it will be in a better position to advise

2

        Plaintiff on a production schedule, if appropriate. NSD expects to provide an update on or about March 1, 2021.

    ii. OIP's initial keyword searches have been completed. OIP is currently reviewing the results of these searches in order to determine whether any potentially responsive records exist. Once OIP is able to assess the volume of potentially responsive records, if any, it will be in a better position to advise Plaintiff on a production schedule, if appropriate. OIP expects to provide Plaintiff an update on or about March 1, 2021.

    b.    The Parties believe that this matter is not ripe for the setting of a briefing schedule for dispositive motions and request that the Parties be allowed to propose a briefing schedule after production, if any, is complete.

7.    The Parties respectfully request that they be allowed to file a Joint Status Report in sixty (60) days to further apprise the Court of their progress in this matter.

*   *   *

Date: January 22, 2021									Respectfully submitted,
											MICHAEL R. SHERWIN
											Acting United States Attorney
											District of Columbia

											BRIAN P. HUDAK,
											Acting Chief, Civil Division

										By:	/s/*Kristin D. Brudy-Everett*
											KRISTIN D. BRUDY-EVERETT
											Assistant United States Attorney
											Judiciary Center Building
											555 4th St., N.W.
											Washington, D.C. 20530
											(202) 252-2536
											Kristin.Brudy-Everett@usdoj.gov

											*Counsel for Defendant*

											*/s/ Mark S. Zaid*
											Mark S. Zaid, Esq.
											D.C. Bar #440532
											Bradley P. Moss, Esq.
											D.C. Bar #975905
											1250 Connecticut Avenue, N.W.
											Suite 700
											Washington, D.C. 20036
											(202) 454-2809 direct
											(202) 330-5610 fax
											Brad@MarkZaid.com
											Mark@MarkZaid.com

											*Counsel for Plaintiff*