UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ISIKOFF,<br>   *Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>   *Defendant*. | Civil Action No. 20-3479 (BAH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please withdraw the appearance of Assistant United States Attorney Kristin Brudy-Everett and enter the appearance of Assistant United States Attorney Johnny Walker as counsel for Defendant.

Dated: June 28, 2021
    Washington, D.C.

Respectfully submitted,

 /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2575
Cell: 202-815-8708
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*