UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ISIKOFF,<br><br>           *Plaintiff*,<br><br>      v.<br><br>DEPARTMENT OF JUSTICE,<br><br>           *Defendant*. | Civil Action No. 20-3479 (BAH) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in response to the Court's minute order dated February 8, 2022.

1.  This case relates to Plaintiff's Freedom of Information Act ("FOIA") request seeking records "collected by the [Special Counsel's Office] investigating Russian interference in the 2016 election and the Department's National Security Division that relate in any way to the death of former Democratic National Committee staffer Seth Rich." ECF No. 7-1.

2.  Defendant has issued a final release of records, and the parties are currently in the process of conferring to determine whether any issues can be narrowed or resolved.

3.  Plaintiff has indicated that he intends to challenge in general terms, *inter alia*, the withholding of all documents in full, and the withholdings at issue in the partial releases, with some exceptions. Plaintiff also will challenge the adequacy of the searches.

4.  Defendant has provided Plaintiff with information about the searches for records responsive to Plaintiff's FOIA request and has responded to Plaintiff's questions about those searches. The parties' discussions about the searches are ongoing.

5.  Accordingly, the parties propose that they provide the Court another status report by February 25, 2022, at which time, the parties will address a schedule for briefing this case.

Dated: February 18, 2022
       Washington, D.C.

Respectfully submitted,

| | |
|---|---|
| /s/ *Mark S. Zaid* | MATTHEW M. GRAVES |
| Mark S. Zaid, Esq. | D.C. Bar 481052 |
| D.C. Bar No. 440532 | United States Attorney |
| Bradley P. Moss, Esq. | |
| D.C. Bar No. 975905 | BRIAN P. HUDAK |
| 1250 Connecticut Avenue, N.W. | Acting Chief, Civil Division |
| Suite 700 | |
| Washington, D.C. 20036 | By:  /s/ *T Anthony Quinn* |
| (202) 454-2809 direct | T. ANTHONY QUINN |
| (202) 330-5610 fax | D.C. Bar No. 415213 |
| Brad@MarkZaid.com | Assistant United States Attorney |
| Mark@MarkZaid.com | Civil Division |
| | 555 4th Street, N.W. |
| *Counsel for Plaintiff* | Washington, D.C. 20530 |
| | Telephone: (202) 252-7558 |
| | Email: tony.quinn2@usdoj.gov |
| | |
| | *Counsel for Defendant* |