UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ISIKOFF,<br>    *Plaintiff*,<br>v.<br>DEPARTMENT OF JUSTICE,<br>    *Defendant*. | Civil Action No. 20-3479 (BAH) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report to provide the Court an update regarding matters discussed in the joint status report filed on March 15, 2022. *See* ECF No. 21.

1. After further assessing the status of FBI's searches in *Huddleston v. FBI & DOJ*, 4:20-cv-447 (E.D. Tex.), Defendant no longer requests a stay in the instant litigation.

### *DISPUTES REMAINING BETWEEN THE PARTIES*

2. As previously reported, Plaintiff represents, as was his expressed position in the Parties' prior Joint Status Reports, that he:

   a. intends to challenge the adequacy of the Defendant's searches.

   b. does not intend to challenge the withholding of names if they are GS-14 or below (or of any non-federal employees), under Exemptions b(6) and/or b(7)(C); and does not intend to challenge the withholding of any e-mail addresses or telephone numbers;

   c. does not intend to challenge any withholdings under Exemption b(3);

   d. intends to challenge withholdings under Exemption b(7)(A);

   e. intends to challenge the withholding of all documents that were withheld in full (other than those withheld under Exemption b(3)); and,

   f. intends to challenge the partial withholdings under Exemptions b(6) and b(7) other than what is addressed above.

4. As previously reported, Defendant represents that:

    a. it is not feasible for Defendant to prepare declarations and a Motion for Summary Judgment addressing the above-referenced, outstanding issues on a shorter timeline than Defendant proposes below;

    b. it has provided Plaintiff with information about the searches for records responsive to Plaintiff's FOIA request and has responded to Plaintiff's questions about those searches;

    c. it has provided Plaintiff with copies of the Declarations of (1) Michael G. Seidel, Section Chief of the Record/Information Dissemination Section, Information Management Division, Federal Bureau of Investigation, and (2) Vanessa R. Brinkman, Senior Counsel in the Office of Information Policy, United States Department of Justice.  These declarations were submitted in *Huddleston*);

    d. plaintiff has not identified a deficiency in the parameters used to conduct searches in this case.

### *Proposed Next Steps / Proposed Briefing Schedule*

5. As previously reported, Plaintiff proposes the following briefing schedule:

    a. Defendant's Motion for Summary Judgment due on or before April 25, 2022
    b. Plaintiff's Opposition due on or before May 23, 2022
    c. Defendant's Reply due on or before May 6, 2022.

6. As previously reported, Defendant proposes the following briefing schedule:

    a. Defendant's Motion for Summary Judgment due on or before May 16, 2022
    b. Plaintiff's Opposition due on or before June 17, 2022
    c. Defendant's Reply due on or before July 1, 2022.

//

//

//

//

//

//

Dated: March 25, 2022

  /s/ *Mark S. Zaid*
Mark S. Zaid, Esq.
D.C. Bar No. 440532
Bradley P. Moss, Esq.
D.C. Bar No. 975905
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809 direct
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ *T Anthony Quinn*
T. AN THONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7558
Email: tony.quinn2@usdoj.gov

*Counsel for Defendant*