UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ISIKOFF,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 20-3479 (BAH) |

## JOINT STATUS REPORT

Plaintiff, Michael Isikoff, and Defendant, the United States Department of Justice, by and through undersigned counsel, respectfully submit this joint status report in response to the Court's minute order dated October 5, 2022.

### BACKGROUND

1. On November 30, 2020, Plaintiff filed the complaint under the Freedom of Information Act ("FOIA") against the Defendant. *See* ECF No. 1. Defendant answered the Complaint on January 28, 2021. *See* ECF No. 7.

2. On May 25, 2022, Defendant filed its motion for summary judgment. *See* ECF No. 25. On June 23, 2022, Plaintiff filed a notice of concession. *See* ECF No. 25.

3. The Parties, while respectively reserving all rights, respectfully submit that counsel are engaged in discussions to resolve the sole remaining issue of attorney's fees and costs. Plaintiff made a demand which has been conveyed to the agency counsel. Defendant has requested additional information and Defendant still is considering the demand at this time.

4. The Parties respectfully request that they be allowed approximately 30 more days to explore the possibility of resolution of the matter short of further litigation and without further involvement of the Court. Should the Parties reach agreement, the Parties will notify the Court, and file the appropriate paperwork.

5. The Parties propose that they file another joint status report on November 30, 2022, to update the Court on the status of the negotiations. Should any issues arise that require the Court's attention, the Parties will file an interim status report at that time.

| | |
|---|---|
| Dated: October 31, 2022 | Respectfully submitted, |
| /s/ *Mark S. Zaid* <br> Mark S. Zaid, Esq. <br> D.C. Bar No. 440532 <br> Bradley P. Moss, Esq. <br> D.C. Bar No. 975905 <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C. 20036 <br> (202) 454-2809 direct <br> (202) 330-5610 fax <br> Brad@MarkZaid.com <br> Mark@MarkZaid.com <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> D.C. Bar 481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: /s/ *T Anthony Quinn* <br> T. ANTHONY QUINN <br> D.C. Bar No. 415213 <br> Assistant United States Attorney <br> Civil Division <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-7558 <br> Email: tony.quinn2@usdoj.gov <br><br> *Counsel for Defendant* |